CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 12 2017

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **RAUF ABDUL SALAM,** | ) | Criminal Action No. 7:12CR00073 |
| | ) | (Civil Action No. 7:16CV81210) |
| Defendant, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | By: Hon. Glen E. Conrad |
| **UNITED STATES OF AMERICA.** | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. That the government's motion to dismiss (ECF No. 349) is **GRANTED**;

2. Salam's motion pursuant to 28 U.S.C. § 2255 (ECF No. 339) is **DISMISSED**;

3. This action shall be **STRICKEN** from the active docket of this court; and

4. Finding that Salam has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 12th day of September, 2017.

/s/ Glen E. Conrad
United States District Judge