CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
April 02, 2025
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 7:12CR00073-002 |
| v. ) | **OPINION AND ORDER** |
| ) | |
| **RAUF ABDUL SALAM,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant. ) | |

*Melanie Smith, Assistant United States Attorney, Charlottesville, Virginia, for United States; Rauf Abdul Salam, Pro Se.*

Defendant Rauf Abdul Salam has filed a second pro se motion for compassionate release. The government opposes the motion on the grounds that Salam has not demonstrated extraordinary or compelling circumstances and because the 18 U.S.C. § 3553(a) factors do not support his early release. I will deny his motion for the reasons that follow.

In July 2014, Salam was sentenced by the late District Judge Glen E. Conrad to 292 months incarceration on one count of conspiracy to possess with intent to distribute 1,000 grams or more of heroin, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. J., ECF No. 259. When Salam filed his first motion for compassionate release, I reduced his sentence to 235 months. *United States v. Salam*, No. 7:12CR00073-002, 2022 WL 72480, at *4 (W.D. Va. Jan. 4, 2022).

The defendant now contends that his denial of home confinement under the CARES Act; his designation as a career offender and a subsequent change in the law; and his efforts at rehabilitation during his incarceration are extraordinary and compelling reasons for his sentence to be reduced to 180 months. However, I considered most of these factors when I granted his sentence reduction. And his denial of home confinement under the CARES Act is not an extraordinary or compelling reason enumerated in § 1B1.13 of the U.S. Sentencing Guidelines Manual. His sentence of 235 months remains appropriate after consideration of the Sentencing Guidelines and the § 3553(a) factors. As a result, I will deny his second motion for compassionate release.

Accordingly, it is **ORDERED** that the defendant's motion, ECF No. 424, is DENIED.

ENTER: April 2, 2025

/s/  JAMES P. JONES
Senior United States District Judge